IN THE MATTER OF THE APPLICATION OF JOHN G. TRUS-
DELL TO BE ADMITTED TO EXAMINATION FOR THE
BAR.

Decided September 28, 1925.

Memorandum by the court:

The papers in this case indicate that the applicant began his period of service of clerkship before the change in the rule relating to filing of certificates of commencement of clerkship and, consequently, he is entitled to the somewhat liberal treatment that has heretofore been accorded students under the rule as it stood originally. In view of the facts stated in the petition, the certificate of commencement of clerkship may be filed *nunc pro tunc*.